UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Stanley Meelker** <br>     **Plaintiff,** <br><br>  v. <br><br> **Student Assistance Corporation,** <br><br>     **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) **Case No.: 1:18-cv-01154-PLM-PJG** <br> ) <br> ) <br> ) <br> ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s Joshua P. Lushnat*      */s/ Joseph C. Hoeffel*

Joshua P. Lushnat, Esq.     Joseph C. Hoeffel, Esq.
Ogletree Deakins Nash Smoak &   Kimmel & Silverman, P.C.
Stewart PC (MI)        30 East Butler Pike
34977 Woodward Ave., Ste. 300   Ambler, PA 19002
Birmingham, MI 48009     Phone: 215-540-8888
Phone: (248) 723-6140     Fax: 877-788-2864
Email:          Email: jhoeffel@creditlaw.com
joshua.lushnat@ogletreedeakins.com   Attorney for Plaintiff
Attorney for the Defendant

              Date: January 28, 2019

Date: January 28, 2019

BY THE COURT:

_____
        J.

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 28th day of January, 2019:

Joshua P. Lushnat, Esq.
Ogletree Deakins Nash Smoak & Stewart PC (MI)
34977 Woodward Ave., Ste. 300
Birmingham, MI 48009
Phone: (248) 723-6140
Email: joshua.lushnat@ogletreedeakins.com
Attorney for the Defendant

                                      */s/ Joseph C. Hoeffel*
                                      Joseph C. Hoeffel, Esq.
                                      Kimmel & Silverman, P.C.
                                      30 East Butler Pike
                                      Ambler, PA 19002
                                      Phone: 215-540-8888
                                      Fax: 877-788-2864
                                      Email: jhoeffel@creditlaw.com
                                            Attorney for the Plaintiff